1   BALOGH & CO., APC
    ETHAN A. BALOGH, No. 172224
2   100 Pine Street, Suite 1250
    San Francisco, CA 94111
3   Telephone: 415.391.0440
    Facsimile: 415.373.3901
4   eab@balcolaw.com

5
    Attorneys for Defendant
6   WESTON VENEGAS

7
                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9
                     SAN FRANCISCO DIVISION
10

11  | UNITED STATES OF AMERICA, | Case No. 3:18-cr-00119-RS |
12  | | |
    | Plaintiff, | [~~PROPOSED~~] ORDER RE DISCOVERY |
13  | | MOTION PRACTICE |
    | v. | |
14  | | |
15  | WESTON VENEGAS, | |
16  | Defendant. | Before the Honorable Joseph C. Spero |
    | | Chief United States Magistrate Judge |
17

18

19

20

21

22

23

24

25

26

27

28

1

[**PROPOSED**] **ORDER**

2    The Court, having reviewed the Stipulation of Defendant Venegas and the United States,

3   and for good cause shown, hereby Orders that Defendant Venegas shall file his motion for

4   discovery on or before June 25, 2021, the United States shall file its brief in response on or

5   before July 8, 2021, and Defendant Venegas shall file his reply brief on or before July 15, 2021.

6   Thereafter, the Court will hear the motion with the other discovery motions, now scheduled for

7   July 28, 2021 at 10:00 a.m.

8    IT IS SO ORDERED.

9   _____

THE HONORABLE JOSEPH C. SPERO

10   Dated: June 29, 2021         CHIEF UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28