MARK GOLDROSEN, ESQ. (CALBN 101731)
Attorney at Law
255 Kansas Street, Suite 340
San Francisco, CA 94103
Telephone: (415) 565-9600
Facsimile: (415) 565-9601

PAMELA J. HERZIG, ESQ. (CALBN 160661)
Attorney at Law
255 Kansas Street, Suite 340
San Francisco, CA 94103
Telephone: (415) 565-9600
Facsimile: (415) 565-9601

DONALD R. KNIGHT, ESQ. (COBN 12838)
Attorney at Law
7852 S. Elati Street
Suite 201
Littleton, CO 80120
Telephone: (303) 797-1645
Facsimile: (303) 730-0858

AMY P. KNIGHT, ESQ. (CALBN 286100)
Knight Law Firm, LLC
3849 E Broadway Blvd, # 288,
Tucson, AZ 85716-5407
Telephone: (520) 878-8849

Attorneys for Defendant MICHAEL REBOLLEDO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 18-0119-RS (JCS) |
| Plaintiff | [~~PROPOSED~~] ORDER RE DISCLOSURE OF GRAND JURY MATERIALS |
| vs. | |
| JONATHAN AGUILAR, et al., | |
| Defendants. | |

GOOD CAUSE APPEARING, AND BASED ON THE STIPULATION OF THE PARTIES, THE CLERK OF THIS COURT IS HEREBY ORDERED to disclose the following grand jury materials to the government and to counsel for Defendants Michael Rebolledo,

1

Jonathan Aguilar, Juan Carlos Gallardo, Orlando Carlos Hernandez, Mario Reyes, Eddy Urbina, and Weston Venegas:

1. The indicting grand jury's dates of commencement and termination.
2. All directives, handouts, instructions or information provided to the grand jurors regarding their duties, attendance, and manner of deliberations (this includes a video, the AO handbook, and the CAND brochure sent with summons).
3. AO-12 reports regarding the wheel from which the indicting grand jury was selected.
4. The manual or other documents describing the creation of master and qualified wheels.
5. The manual or other documents describing grand jury selection process.
6. For the indicting grand jury, the number of: summons sent to impanel it; summonses for which there was no response; summonses that were undeliverable; persons found disqualified or permanently excused; persons who deferred service; persons who reported for grand jury selection; and, person who did not report as instructed.
7. The lists of individuals on the master and qualified jury wheels. These lists may be disclosed to defendants' counsel, experts, and investigators, as needed to prepare any fair crosssection challenge to the grand jury, and to the government and its experts and investigators, but the names, addresses and other personal information shall not be otherwise disclosed by the Clerk or the parties, except that such information may be shared with investigators, as needed to prepare any fair cross-section challenge to the grand jury.

The grand jury materials listed above shall be used solely for discovery and the preparation of the defense in this case, and shall not be further disseminated, except as set forth

\\
\\
\\

above.

DATED: Dec. 15, 2021

                                                Hon. Joseph C. Spero
                                                U.S. MAGISTRATE JUDGE