UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>ZOOM CRIMINAL MINUTE ORDER</u>

| **Case No.:** 18-cr-00119-RS-1 (JCS) | **Case Name:** USA v. Jonathan Aguilar, et al., (Custody, not present, appearances waived) | |
|---|---|---|
| **Chief Magistrate Judge: JOSEPH C. SPERO** | **Date**: January 20, 2022 | **Time:** 1 H 11 M (2:32-3:43) |

**Attorney for Plaintiff:** Andrew Scoble, Richard Ewenstein

| **Defendant:** | **Attorney for Defendant:** |
|---|---|
| Jonathan Aguilar (1) | Martha Boersch |
| Juan Carlos Gallardo (3) | Julia Jayne, Ashley Riser |
| Orlando Carlos Hernandez (5) | Harris Taback |
| Michael Rebolledo (6) | Donald Knight Mark Goldrosen, Pam Herzig, Amy Knight |
| Mario Reyes (7)(No Custody) | George Boisseau |
| Eddy Urbina (9) | Shaffy Moeel, James Thomson |
| Weston Venegas (10) | Gail Shifman |

**Deputy Clerk:** Karen Hom        **Court Reporter:** <u>Belle Ball</u>

## PROCEEDINGS

Discovery Hearing as to all pending discovery motions – Granted in part, denied in part.

## ORDERED AFTER HEARING

Due to the pandemic, all counsel consent to appearing by Zoom video conference.
All counsel made oral waivers of appearances on behalf of their clients due to the pandemic.
Oral arguments were heard. Court issued rulings.
Parties shall prepare an order reflecting the Court's rulings and submit to the Court.
Parties shall submit a stipulated protective order within sixty (60) days.

**NOTE**: Court did not hear Dft Weston Venegas's Motion for Discovery, ECF 365. AUSA and Ms. Shifman stipulated to continue this hearing to a future date (TBD). Andy Scoble and Don Knight volunteered to be the scribes.

**Order to be prepared by:**
  [X] Plaintiff &     [X] Defendant          [ ] Court         [ ] Probation