STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ANDREW M. SCOBLE (CABN 124940)
RICHARD EWENSTEIN (CABN 294649)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6842
    Fax: (415) 436-6753
    Email: andrew.scoble@usdoj.gov
    Email: richard.ewenstein@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No.: CR 18-0119 RS |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| | ) CONTINUING MOTION HEARING AND |
| JONATHAN AGUILAR, et al. | ) ADJUSTING BRIEFING SCHEDULE |
| Defendants. | ) |

    IT IS HEREBY STIPULATED that,

    For the reasons set forth below, the parties request that the Court vacate the June 14, 2022 Round 2 motion hearing and the corresponding briefing schedule for those motions. The parties request that the June 14, 2022 status hearing go forward as scheduled and that the Court reset the Round 2 motion hearing and briefing schedule at that status hearing.

    The US attorney's office is in ongoing communication with Department of Justice components in Washington, DC, which could affect resolutions of the case as to one or more defendants and/or moot one or more of the defense's contemplated Round 2 motions. The government has informed the defense of these potential developments in the government's litigation position. To promote judicial economy,

avoid unnecessary litigation, and allow the parties to consider how the potential developments in case posture might facilitate resolutions for one or more defendants, the parties respectfully request that this Court vacate the Round 2 motions hearing and briefing schedule.

SO STIPULATED.

Dated: May 5, 2022                                STEPHANIE M. HINDS
                                                  United States Attorney

                                        By:      /s/
                                                  ANDREW M. SCOBLE
                                                  RICHARD EWENSTEIN
                                                  Assistant United States Attorneys

Dated: May 5, 2022                                /s/
                                                  MARTHA BOERSCH
                                                  Counsel for Jonathan Aguilar

Dated: May 5, 2022                                /s/
                                                  JULIA MEZHINSKY JAYNE
                                                  Counsel for Juan Carlos Gallardo

Dated: May 5, 2022                                /s/
                                                  HARRIS BRUCE TABACK
                                                  Counsel for Orlando Carlos Hernandez

Dated: May 5, 2022                                /s/
                                                  MARK GOLDROSEN
                                                  PAM HERZIG
                                                  DONALD KNIGHT
                                                  AMY P. KNIGHT
                                                  Counsel for Michael Rebolledo

Dated: May 5, 2022                                /s/
                                                  GEORGE C. BOISSEAU
                                                  Counsel for Mario Reyes

Dated: May 5, 2022                                /s/
                                                  SHAFFY MOEEL
                                                  JAMES S. THOMSON
                                                  Counsel for Eddy Urbina

Dated: May 5, 2022                                /s/
                                                  GAIL SHIFMAN
                                                  Counsel for Weston Venegas

ORDER

THE COURT ORDERS THAT the Round 2 motion hearing set for June 14, 2022 and corresponding briefing schedule are vacated. The June 14, 2022 status hearing will go forward as scheduled at 9:30 a.m., and the Round 2 motion schedule will be reset at that time.

IT IS SO ORDERED.

DATED: May 6, 2022

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE