To Judge

My name is Amaya Castro, my dad is Weston Venegas. I want you to understand my stepdad has helped me a lot. He is always there for me when I go through my depression. He talks to me a lot and helps support me when I feel bad. I have to go to the hospital all the time because I have really bad asthma and health problems. My stepdad is always there cheering me up, helping with my school work and we like to watch movies. He will pick a movie where he is and I put it on and then we talk about it. I miss him so much and I really want to see him more. He is always pushing me to do better at swimming and encouraging me I can do anything I believe in. I want the world to know that I see my stepdad as a caring, loving, and supportive dad. He is a big teddy bear.

—Amaya

To judge

my name is aliah Castro. my dad is weston Venegas. I Love him so much he is caring and funny. he always helps me with my homework and helps me pratice my cheer on our video. I hope my dad gets to be home soon and I hope stay by home so I can visit him a lot he is the best and I Love him and miss him so much

Aliah

To Judge

Hello my name is Amira Castro. My step dad is Weston Venegas. I love him so much and miss him. I like when he is close to home so I can visit my step dad more. My step dad is always involved in my school work and likes to help me with home work. He is always encouraging me to do good in soccer. I'm honor roll student and I think that's because my step dad always help me. I hope my step dad can come home sooner or I can see him more. He is always sweet and funny. We like to watch movies with my step dad and talk about many stuff. I hope he gets to be close to home. Thank you

— Amira