To Whom it may concern,

My name is Laura Ashley Venegas. Weston Venegas is my husband, I am requesting if possible; he be designated within California. Unfortunately, I suffer from multiple medical conditions that are progressive and make it difficult to travel. Weston being far out of state would be very hard medically for me as well as my daughter who also suffers from medical conditions. I currently have been diagnosed with the listed below and will be tested for lung cancer in the upcoming weeks.

Rheumatoid arthritis – an autoimmune disease where the body attacks the joints and multiple other areas of the body, it is not curable and progressive, causing deformity in hands, feet, legs and other areas of the body.

Hashimoto's – an autoimmune disease where the body attacks they thyroid causing multiple symptoms such enlarged thyroid, fatigue, joint stiffness, muscle weakness, puffy eyes, sensitivity to cold, slow heart rate, swelling in extremities

Organizing pneumonia -a form of lung disease where the small airways and air sacs become inflamed, that leads to difficulty breathing, **Wheezing and blood when coughing may occur**

**Rheumatoid lung disease -** is lung problems related to rheumatoid arthritis that causes Blockage of the small airways, Fluid in the chest, High blood pressure in the lungs (pulmonary hypertension), lumps in the lungs, and Scarring affecting lung function and breathing.

Kind regards,

Laura Ashley Venegas

# To Whom it May concern:

My husband is Weston Venegas. I am writing you today to give insight on our family. I have 3 children, they absolutely love and adore Weston, they consider him to be their father in addition to their biological dad. Although Weston is far, he has been there for my daughters in numerous ways. Always helping with homework, guiding them on how to do better and making the right choices in life. He actively shows support through all their soccer games, swimming tournaments and cheerleading competitions. He may not be able to be here physically, but he makes sure to never miss a moment over the phone or through video visits. My oldest daughter has severe asthma, low immune system, and other medical issues in addition to mental health issues. She suffers from severe depression and anxiety. Unfortunately, she has made several attempts of trying to end her own life. It's been a hard battle, but Weston has been a rock to her and us during this difficult time. He has supported and walked her through many dark times to see the light and how things can be better. I truly believe he has saved her. He continues to show up for our girls daily and me as well. I myself suffer from many multiple medical issues. I suffer from 4 different autoimmune diseases that currently have caused me to be hospitalized quite frequently. My breathing and mobility have been limited and unfortunately this is not curable only progressive. In a few years I most likely will have deformity in my legs and hands making it hard for me to move around and travel. In addition to now my breathing and lung capacity have decreased, I will have to be checked for cancer in the next upcoming weeks. Weston has been supportive and loving and helping me keep strong during this difficult time. He keeps me positive through all the chaos. We hope one day to have children of our own, praying that I will be healthy enough to have more. I request due to my worsening health conditions and my daughters that Weston is placed close to San Francisco where it is not so difficult to visit him. His mother is 96yrs old and with her age I know it is very important for her to see her son as often as possible. Weston has done many actions to better himself over the years and continues to do so.As I am a medical director and will be attending school soon to be a future nurse, we look forward to when Weston is able to come home to a stable and peaceful environment. Thank you for your time. We truly love Weston, he is our big teddy bear.

    Kind Regards,
    Laura Ashley Venegas

Name: Ashley Castro | DOB: ███████ | MRN: ███████ | PCP: None Per Patient Provider | Legal Name: Ashley Castro

# Letter Details



UCSF Health

| UCSF Pulmonary Department<br>2330 POST ST MOB1 FL 4<br>SAN FRANCISCO CA 94115-3465<br>Phone: 415-885-7755<br>Fax: 415-885-3852 | March 28, 2024<br><br>Patient: **Ashley Castro**<br>MR Number: ███████<br>Date of Birth: ███████<br>Date of Visit: **3/28/2024** |
|---|---|

To whom it may concern,

Ashley Castro is under my care for an advanced rare lung condition. She is on medications that need to be closely monitored, and given her tenuous respiratory status it is my medical opinion that she not travel far to see her husband as she is severely at higher risk than the average population. She needs to remain close to UCSF for continued care and on going testing of her pulmonary disease.

If further questions arise, please feel free to contact me or my office for further details.

Sincerely,

Katherine Malcolm, MD MPH
Pulmonary & Critical Care Medicine

Pager: (415) ███████
Office: (415) ███████

*This letter was initially viewed by Ashley Castro at 3/28/2024 4:16 PM.*

MyChart® licensed from Epic Systems Corporation © 1999 - 2024